UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Ruben Arroyo,

                                                                                                                                                                                                                       No. 21-CV-2489 (KMM/BRT)

                Petitioner,

v.                                                                                   **ORDER**

Warden J. Fikes,

                Respondent.

---

This matter comes before the Court upon the Report and Recommendation (R&R) of United States Magistrate Judge Becky R. Thorson, dated May 5, 2022. No objections have been filed to that R&R in the time period permitted.

The Court reviews de novo any portion of the R&R to which specific objections are made. 28 U.S.C. § 636(b)(1); D. Minn. LR 72.2(b). In the absence of objections, the Court reviews the R&R for clear error. *Nur v. Olmsted County*, 563 F. Supp. 3d 946, 949 (D. Minn. 2021) (citing Fed. R. Civ. P. 72(b) and *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam)). Based on the Court's careful review of the R&R and the record in this case, the Magistrate Judge committed no error, clear or otherwise.

Accordingly, IT IS HEREBY ORDERED that:

1.     The Report and Recommendation [ECF No. 18] is **ACCEPTED**;

2.     The Petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 [ECF No. 1] is **DENIED**;

3. The Petitioner's request for a temporary restraining order in his Petition [ECF No. 1] is **DENIED**; and

4. This action is **DISMISSED WITHOUT PREJUDICE**.

**Let Judgment Be Entered Accordingly.**

Date: **July 19, 2022**                                  *s/ Katherine M. Menendez*
                                                                            Katherine M. Menendez
                                                                            United States District Judge